**RECORD NO. 13-4979**

# IN THE
# United States Court of Appeals
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

DAVID RICHARDSON,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
AT NEWPORT NEWS

**OPENING BRIEF OF APPELLANT
DAVID RICHARDSON**

Timothy V. Anderson
ANDERSON & ASSOCIATES
Suite 104
2492 North Landing Road
Virginia Beach, Virginia 23456
(757) 301-3636
timanderson@virginialawoffice.com

*Counsel for Appellant*

LANTAGNE LEGAL PRINTING 801 East Main Street Suite 100 Richmond, Virginia 23219 (804) 644-0477
A Division of Lantagne Duplicating Services

# TABLE OF CONTENTS

                                                         **Page**

TABLE OF CONTENTS: ............................................................................. 1

TABLE OF AUTHORITIES: ....................................................................... 2

JURISDICTIONAL STATEMENT ............................................................ 3

STATEMENT OF COUNSEL ..................................................................... 3

STATEMENT OF ISSUES ........................................................................... 3

STATEMENT OF CASE .............................................................................. 3

STATEMENT OF FACTS ............................................................................ 4

SUMMARY OF ARGUMENT .................................................................... 4

ARGUMENT

        i. Standard of Review ....................................................................... 4

        ii. Discussion of Issues ..................................................................... 4

CONCLUSION ............................................................................................. 5

WAIVER OF ORAL ARGUMENT ............................................................ 6

CERTIFICATE OF COMPLIANCE ........................................................... 7

FILING AND MAILING CERTIFICATION ............................................ 8

# **TABLE OF AUTHORITIES**

CASES

*Anders v. California*, 386 U.S. 738 [18 L Ed 2d 493] (1967) ........................ 3

*United States v. Johnson*, 410 F.3d 137, 151 (4th Cir. 2005) ......................... 4

*United States v. Gray*, 137 F. 3$^d$ 765, 770 (4th Cir 1998) (en banc) ................ 4


OTHER AUTHORITIES

Rule 3 and Rule 4 of the Federal Rules of Appellate Procedure ..................... 3

I. **JURISDICTION STATEMENT**

This case is an appeal from the District Court's conviction of the Appellant for conspiracy to distribute cocaine. The District Court entered final judgment on December 10, 2013. The Defendant filed this notice of appeal on December 20, 2013, pursuant to Rule 3 and Rule 4 of the Federal Rules of Appellate Procedure.

II. **STATEMENT OF COUNSEL**

Counsel has been appointed by this Court and this Appeal is prepared pursuant to *Anders v. California*, 386 U.S. 738 [18 L Ed 2d 493] (1967). While there may be sentencing issues for this Court to consider, the Appellant waived his right to appeal, and accordingly, counsel will not advance any legal arguments pursuant to that appeal.

III. **STATEMENT OF ISSUES**

The issues in this appeal are:

    a. Counsel will not raise any issues pursuant to the waiver of appeal.

IV. **STATEMENT OF CASE**

The Defendant plead guilty pursuant to a plea agreement to conspiracy to distribute cocaine. Pursuant to the Appellant's plea agreement, the Appellant

3

waived his right to appeal any decision except sentencing issues when the sentence exceed the statutory maximum, which in this case is life in prison. The Appellant received a sentence less than life in prison.

### V.   STATEMENT OF FACTS

The record from the district court is quite extensive. However, the Appellant eventually resolved his case by pleading guilty pursuant to a written plea agreement. The Appellant was sentenced by the Court on December 10, 2013 to 260 months. The Appellant appealed to this Court on December 20, 2013. Counsel for the Appellant was appointed shortly thereafter and has remained counsel of record since.

### VI.   SUMMARY OF ARGUMENT

No argument will be advanced.

### ARGUMENT

#### STANDARDS OF REVIEW

The constitutionality of a particular statute is a question of law, and, therefore, subject to de novo review by this Court. *United States v. Gray*, 137 F. 3$^d$ 765, 770 (4th Cir 1998) (en banc).

##### ii. DISCUSSION

Counsel believes that *United States v. Johnson*, 410 F.3d 137, 151 (4th Cir. 2005) controls the standing for the Appellant in this case. The Appellant waived

his right to appeal to this except to the limited exception that he would be sentenced to a sentence in excess of the statutory maximum. In this case, the statutory maximum is life in prison. The Appellant received a sentence of 260 months. The Appellant contends sentencing errors in the application of the sentencing guidelines exist. Counsel filed a motion to determine standing to file an appeal based on the waiver filed by the Appellant. Unless this Court were to grant the Appellants motion and set aside the waiver of appeal, there are no legal issues to advance in this matter.

## CONCLUSION

   The Appellant moves for this Court to reverse and remand this matter for further disposition for the reasons set forth in this or the Appellant's subsequently filed pro se motions.

VII.  WAIVER OF ORAL ARGUMENT

The appellant respectfully waives the opportunity to argue this appeal before a panel of judges of this Court.

RESPECTFULLY SUBMITTTED

David Richardson

By:_____

Counsel

Timothy V. Anderson, Esq.
Anderson & Associates, PC
2492 North Landing Rd, Ste 104
Virginia Beach, VA 23456
Tel. (757) 301-3636
Fax  (757) 301-3640
VSB 43803

## **CERTIFICATE OF COMPLIANCE WITH RULE 32(a)**

Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This brief complies with the Type-volume limitation of Fed. R. App. 32(a)(7)(B) because:

    The word count of this brief is <u>532</u>.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    This brief has been prepared in a proportionally spaced typeface using <u>Microsoft Word, Times New Roman, 14 point</u>.

March 11, 2014

                                             <u>/s/Timothy V. Anderson, Esq.</u>

## **CERTIFICATE OF SERVICE**

In accordance with Rule 25 of the Rules of the United States Court of Appeals for the Fourth Circuit, I hereby certify that I have this March 11, 2014, filed the required copies of the foregoing Brief of Appellant in the Office of the Clerk of the Court, via hand delivery and have electronically filed the Brief of Appellant using the Court's CM/ECF system which will send notification of such filing to the following counsel:

Eric Matthew Hurt, Assistant U. S. Attorney
OFFICE OF THE UNITED STATES ATTORNEY
Suite 300
Fountain Plaza 3
721 Lakefront Commons
Newport News, VA 23606-0000
Email: eric.hurt@usdoj.gov

Defendant served by US Mail;
David Richardson - #13132-016
FCI Otisville
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000 OTISVILLE, NY 10963

March 11, 2014

                                                    /s/Timothy V. Anderson, Esq.